| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO. | DAY | YEAR | NS | FD | D PTY BEF | R 230 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. | COUNTY | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 2 | 82 | 2044 | 02 | 04 | 82 | 3 | 400 | 1 | | 3-J | M | 54037 | Y | 82 | 2044 |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| MOSES, TOM E., BROWN, V. J., and ROBIN-SON, FRANK B., Individually and On Behalf Of All Others Similarily Situated | ROCKEFELLER, JAY, Governor of West Virginia, and MANCHIN, A. JAMES, Secretary of State of West Virginia, In Their Official Capacities   SCANNED |

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 U.S.C.1983.  Action to compel reapportionment of West Virginia State Legislature to redress deprivation of individual civil rights.

### ATTORNEYS

Gilbert L. Hall
Post Office Box 249
Harpers Ferry, West Virginia   25425
Tel: 304/535-6951

Arlinda F. Locklear
1712 N Street, Northwest
Washington, D.C. 20036
Tel: 202/785-4166

Clark Woodroe, Jr.
Assistant Attorney General
State Capitol, Room 26-E
Charleston, WV   25305

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 02/04/82 | #1396 | 999618 | JS-5 | |
| | | | | JS-6 | |

DC-111 (Rev. 7/80)

CA 82-2044  MOSES, TOM E., et al vs. ROCKEFELLER, JAY, et al
Case 2:82-cv-02044   Document 1   Filed 02/04/82   Page 2 of 3 PageID #: 2
2505

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1982 | | | |
| Feb 4 | 1 | COMPLAINT; issued summons + 2 copies, returnable 20 days. | ras |
| Feb 10 | 2 | ORDER (2505) Request for three judge court(EOD 2/11/82) cc:Rockefeller & Manchin by certified mail pursuant 28 USCA 2284(2) | amd |
| Feb 11 | 3 | RETURN of summons exec on defdts Secy State A.James Manchin and Governor Rockefeller on 2/8/82 | |
| Feb 19 | 4 | ORDER(HLW) Designation of three-judge Court, Honorable James M. Sprouse, US Circuit Judge, Honorable Dennis R. Knapp, US District Judge & Honorable John T. Copenhaver, Jr., US District Judge, pursuant 28 USC 2284(EOD 2/19/82) cc:atys | amd |
| Feb 26 | 5 | ANSWER of defendants Rockefeller and Manchin | amd |
| Feb 26 | 6 | MOTION for partial summary judgment with affidavit of V.J. Brown and proposed order granting partial summary judgmnt attached | amd |
| Feb 26 | | STENOTYPE notes of Courtreporter Jenny Berg of meeting of three judges on 2/26/82 | |
| Mar 2 | 7 | PRE-TRIAL MEMORANDUM of pltffs | amd |
| Mar 2 | 8 | BRIEF of defdts on behalf of their defense that complaint fails to join and indispensable party | amd |
| Mar 4 | 9 | PRETRIAL MEMORANDUM of defendants' | amd |
| Mar 5 | 10 | SUPPLEMENTAL PRE-TRIAL MEMORANDUM by pltffs | amd |
| Mar 8 | 11 | MOTION to intervene by WV Senate, President WV Senate Warren McGraw, Chairman WV Senate Committee on redistricting, Ralph D. Williams | amd |
| Mar 8 | 12 | APPLICATION to intervene of Robert Lazzell, James Teets & Charles Shaffer pursuant to Rule 24 | amd |
| Mar 8 | 13 | Exhibit # 1 with attachments by defdts (Senate Bill No. 263) | amd |
| Mar 8 | 14 | Exhibit # 2 with attchments by defdts(H.B. 1647) | amd |
| Mar 8 | 15 | Exhibit # 1 by pltffs (Proposed House of Delegates Apportionment Plan) | amd |
| Mar 8 | 16 | Exhibit # 2 by pltffs (Proposed Single-Member Senate Plan) | amd |
| Mar 8 | 17 | Exhibit # 3 by pltffs (Proposed Dual Member Senate Plan) | amd |
| Mar 8 | | STENOTYPE notes by courtreporter for 3/8/82 (Jenny Berg) | |
| Mar 15 | 18 | ORDER(3 Judge Court) Denying motion of defdts to dismissk for failure to join an indispensable party(EOD 3/16/82) cc:atys | amd |
| Mar 17 | 19 | APPLICATION of William J. Wellman, Michael Shaw, W.F. Carmichael, John Reed, III, and Orton A. Jones to intervene pursuant Rule 24 | amd |
| Mar 17 | XXX | by courtreporter STENOTYPE/notes of porceedings1 on 3/17/82, 3 judge court, (Jenny Berg | |

SEE PAGE TWO (2)

DC 111A
(Rev. 1/75)

Three Judge Court
Judge Sprouse
Judge Knapp
Judge Copenhaver

SCANNED

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| MOSES, TOM E. et al | ROCKEFELLER, JAU, et al | DOCKET NO. 82-2044 |
| | | PAGE 2 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1982** | | |
| Mar 18 | 20 | BRIEF in explanation [by the WV Senate], the president of the WV Senate, the Honorable Warren McGraw & the chairman of the WV Senate Committee on Redistricting, the honorable Ralph Williams     amd |
| Mar 19 | 21 | MEMORANDUM in support of constitutionality of Chapter 1, article 2, section 1 (g) of WV Code of 1931, as amended, relating to incumbent senators representing od District after redistricting. by defdts     amd |
| Mar 22 | XX | COURTREPORTER'S stenotype notes of proceedings held 3/17/82 (Jenny Berg) |
| Mar 24 | 22 | SUPPLEMENTAL MEMORANDUM on Article 1 & 2, Ch. 1, Article 2, WV Code as amended by pltffs     amd |
| Mar 25 | 23 | ORDER(3 J Court) Granting motion of pltffs' for partial summary judgment(EOD 3/25/82) CC: atys     amd |
| Mar 25 | 24 | ORDER(3 J Court) Present apportionment of Legislature of WV is constitutional and legal, extending filing deadlines one week to & including 4/3/82 for candidates of WV House and Senate in 1982 primary, and action dismissed with prejudice except for matter of costs and atty fees (EOD 3/25/82) cc:atys     CLOSED     amd |
| Mar 26 | 25 | ORDER(2505) Releasing file to attorney Carl L. Fletcher for the purpose of copying documents therein(EOD 3/26/82)     amd |
| Mar 29 | 26 | RECEIPT for return of file by Fletcher     amd |
| Apr 15 | 27 | MOTION for xxx award of attorney fees & costs by pltffs Hall & Locklear     amd |
| May 4 | 28 | MEMORANDUM in opposition to motion for attorney's fees and costs     amd |
| Jul 1 | 29 | MEMORANDUM of Court, as to attorney fees  cc:atys     amd |
| Jul 1 | 30 | ORDER(3 J Court)Allowing attorneys' fee of 11,047.50 for Gilbert L. Hall and in amount of 6,172.50 for Arlinda F. Locklear and costs allowed in amount of 3,092.00, action stricken from docket(EOD 7/2/82) cc:atys     amd |
| Oct 6 | 31 | PETITION to reinstate action and for other relief, by plaintiffs     amd |
| Oct 6 | 32 | AFFIDAVIT of Gilbert L. Hall     amd |
| Oct 29 | 33 | COPY OF LETTER from WV Secy State to Clark Woodrow, Asst Atty General of WV dated 10/15/82, with attachment     amd |
| Nov 15 | 34 | ORDER(3 Judge Court) Denying pltff's relief petition is dismissed(EOD 11/19/82) cc:atys     amd |